IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE KNIGHT,

      Plaintiff,                         No. CIV S-00-2097 DFL GGH P

    vs.

P. PRUDHOMME, et al.,

      Defendants.             <u>ORDER</u>

_____ /

      On April 14, 2005, the court ordered plaintiff to file a supplemental pretrial statement specifically identifying the exhibits he intends to offer at trial. On April 26, 2005, plaintiff filed a supplemental pretrial statement listing thirty documents he intends to offer as exhibits. At the end of this document, plaintiff also states that he intends to offer his central file. If plaintiff intends to offer documents from his central file other than those specifically identified in the April 26, 2005, pleading, plaintiff must file a second supplemental pretrial statement specifically identifying these documents.

/////

/////

/////

/////

1

1     Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of
2 this order, plaintiff shall file a second supplemental pretrial statement identifying the exhibits he
3 intends to offer from his central file if they are not listed in his April 26, 2005, supplemental
4 pretrial statement.

5 DATED: 5/2/05

6                                                                /s/ Gregory G. Hollows

7                                                               GREGORY G. HOLLOWS
                                                              UNITED STATES MAGISTRATE JUDGE

8 GGH:kj
kni2097.ord