IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE KNIGHT,

     Plaintiff,                  No. CIV S-00-2097 DFL GGH P

     vs.

P. PRUDHOMME, et al.,

     Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The jury trial is set for September 26, 2005.

        On August 5, 2005, plaintiff filed a motion with the court stating that prison officials at Salinas Valley State Prison (SVSP) confiscated his legal property after he was placed in administrative segregation (ad seg) on June 14, 2005. Plaintiff states that on June 16, 2005, prison officials told plaintiff that he could have two cubic feet of legal materials in his cell. Plaintiff claims that when prison officials presented him with his legal property so that he could decide which property to have in his cell, he noticed that his and defendants' trial exhibits were missing. Plaintiff also alleges that he is being denied access to writing paper, pens and his address book.

/////

1

No defendants are located at SVSP. Usually persons or entities not parties to an action are not subject to orders for injunctive relief. <u>Zenith Radio Corp. v. Hazeltine Research, Inc.</u>, 395 U.S. 100 (1969). However, the fact one is not a party does not automatically preclude the court from acting. The All Writs Act, 28 U.S.C. § 1651(a) permits the court to issue writs "necessary or appropriate in aid of their jurisdictions and agreeable to the usages and principles of law." <u>See</u> generally <u>S.E.C. v. G.C. George Securities, Inc.</u>, 637 F.2d 685 (9th Cir. 1981); <u>United States v. New York Telephone Co.</u>, 434 U.S. 159 (1977). This section does not grant the court plenary power to act in any way it wishes; rather, the All Writs Act is meant to aid the court in the exercise and preservation of its jurisdiction. <u>Plum Creek Lumber Company v. Hutton</u>, 608 F.2d 1283, 1289 (9th Cir. 1979).

The court is concerned that it may lose its jurisdiction if plaintiff is unable to prosecute this action because he does not have access to his legal materials.

Accordingly, IT IS HEREBY ORDERED that:

1. Within ten days of the date of this order, the Warden of Salinas Valley State Prison shall inform the court of the status of plaintiff's access to pens and paper and his legal property related to this action;

2. The Clerk of the Court is directed to serve this order on the Warden, Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, California, 93960-1020.

DATED: 8/16/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
kni2097.alwr