IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE KNIGHT,

    Plaintiff,                   No. CIV S-00-2097 DFL GGH P

    vs.

P. PRUDHOMME, et al.,

    Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 10, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On August 29, 2005, plaintiff filed a request to file late objections. Attached to this request are plaintiff's objections. Good cause appearing, the request to file late objections is granted.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 29, 2005, request to file late objections is granted;

2. The findings and recommendations filed June 10, 2005, are adopted in full;

3. Plaintiff's May 4, 2005, motion for a preliminary injunction is denied.

DATED: 10/21/2005

_____
DAVID F. LEVI
United States District Judge