IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE KNIGHT,

    Plaintiff,                        No. CIV S-00-2097 DFL GGH P

    vs.

P. PRUDHOMME, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. On March 15, 2006, judgment was entered following a jury verdict in defendant's favor. This action is on appeal to the Ninth Circuit Court of Appeals.

        On April 3, 2006, plaintiff filed a motion for the transcripts to be prepared at the government's expense. "Production of the transcripts at government expense for an appellant in forma pauperis in a civil case is proper under 28 U.S.C. § 753 if a trial judge certifies that the appeal is not frivolous and presents a substantial question." See <u>McKinney v. Anderson</u>, 924 F.2d 1500, 1512 (9th Cir.), vacated on other grounds, 502 U.S. 903 (1991); 28 U.S.C. § 753(f).

        Plaintiff's notice of appeal does not identify the grounds on which he is appealing. For this reason, the court cannot determine whether plaintiff's appeal is not frivolous and presents a substantial question.

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's April 3, 2006, request
2  for transcripts is denied.
3  DATED: 4/18/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
kni2097.tra