UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| CLARENCE V. KNIGHT,<br><br>　　　　Plaintiff - Appellant,<br>v.<br><br>P PRUDHOMME; et al.,<br><br>　　　　Defendants - Appellees. | No. 06-15484<br>D.C. No. CV-00-02097-DFL<br><br><br>**ORDER** |

This appeal has been taken in good faith　[ ]

This appeal is not taken in good faith　　[X]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: 5/12/2006