IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE KNIGHT,

    Plaintiff,                    No. CIV S-00-2097 DFL GGH P

    vs.

P. PRUDHOMME, et al.,

    Defendants.                <u>ORDER</u>

                              /

        On May 1, 2006, plaintiff filed a request for reconsideration of the magistrate judge's order filed April 18, 2006, denying plaintiff's motion for the transcripts to be prepared at the governments' expense. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 18, 2006, is affirmed.

DATED: 1/15/2007

                                          _____
                                          DAVID F. LEVI
                                          United States District Judge